CRE.8243

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **JOHN DUCA** | § |
| | § |
| **v.** | §  **C. A. NO.** _____ |
| | §  **JURY** |
| **C R ENGLAND, INC. and ANTHONY** | § |
| **PERMODA** | § |

## INDEX OF PLEADINGS FILED IN THE STATE COURT ACTION

TO THE UNITED STATES DISTRICT CLERK:

Pursuant to 28 U.S.C. § 1447(b), attached hereto are complete true and correct copies of all documents filed in the state court action.

Respectfully Submitted,


*/s/ Michael P. Sharp*
_____
**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**JASON A. BURRIS**
State Bar No. 24049591
jburris@feesmith.com
Fee, Smith, Sharp & Vitullo, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas  75240
(972) 934-9100
(972) 934-9200 [FAX]

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of February, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

G. David Smith
Ryan K. Lee
Smith & Lee, Lawyers
70 N. Goliad
Rockwall, TX  75087
david@smithandlee.com
ryan@smithandlee.com

*/s/ Michael P. Sharp*

_____

**MICHAEL P. SHARP**

## INDEX

02/23/17     Civil Docket Sheet

02/22/17     Defendant Anthony Permoda's Original Answer

02/14/17     Notice of Trial Setting to Anthony Permoda

02/14/17     Notice of Trial Setting to Michael Paul Sharp

02/14/17     Notice of Trial Setting to Ryan K. Lee

02/09/17     Defendant C.R. England, Inc.'s Original Answer

01/31/17     Citation for Service on Defendant Anthony Permoda

01/30/17     Citation for Service on Defendant C.R. England, Inc.

01/18/17     Civil Case Information Sheet

01/13/17     Plaintiff's Original Petition

## Case Information

DC-17-00575 | JOHN DUCA vs. C R ENGLAND, INC., et al

| Case Number | Court | File Date |
| --- | --- | --- |
| DC-17-00575 | 101st District Court | 01/13/2017 |

| Case Type | Case Status |
| --- | --- |
| MOTOR VEHICLE ACCIDENT | OPEN |

## Party

PLAINTIFF
DUCA, JOHN

Address
851 SUNSET HILL
ROCKWALL TX 75087

Active Attorneys ▼
Lead Attorney
LEE, RYAN K.
Retained

Work Phone
972-771-2579

Fax Phone
972-771-0513

Attorney
SMITH, G DAVID
Retained

Work Phone
972-771-2579

Fax Phone
972-771-0513

DEFENDANT
C R ENGLAND, INC.

Address
BY SERVING REGISTERED AGENT: CT CORPORATION SYSTEM
1999 BRYAN ST.
SUITE 900
DALLAS TX 75201-3136

Active Attorneys ▼
Lead Attorney
SHARP, MICHAEL PAUL
Retained

Work Phone
972-934-9100

Fax Phone
972-934-9200

DEFENDANT
PERMODA, ANTHONY

Address
3966 YORKLAND DR.
NW 7
COMSTOCK PARK MI 49321

Active Attorneys ▼
Lead Attorney
SHARP, MICHAEL PAUL
Retained

Work Phone
972-934-9100

Fax Phone
972-934-9200

## Events and Hearings

01/13/2017 NEW CASE FILED (OCA) - CIVIL

01/13/2017 ORIGINAL PETITION ▼

ORIGINAL PETITION.pdf

01/13/2017 ISSUE CITATION ▼

ISSUE CITATION

Comment
ATTORNEY IS PICKING UP.

01/13/2017 ISSUE CITATION COMM OF INS OR SOS ▾

ISSUE CITATION COMM OF INS OR SOS

   Comment
   **9214 8901 0661 5400 0102 0463 84 COH**

01/18/2017 CASE FILING COVER SHEET ▾

810CivilCaseInfoSheet.pdf

01/30/2017 NOTE - CLERKS ▾

   Comment
   **FORWARDED COH REQUEST TO DOCUMENT PRODUCTION. -DTH**

01/30/2017 CITATION ▾

Anticipated Server
**ATTORNEY**

Anticipated Method

01/31/2017 CITATION SOS/COI/COH/HAG ▾

Anticipated Server
**CERTIFIED MAIL**

Anticipated Method
Actual Server
**CERTIFIED MAIL**

Returned
**02/20/2017**
Comment
**CERT MAIL KK**

02/09/2017 ORIGINAL ANSWER - GENERAL DENIAL ▾

C.R. England, Inc.'s Original Answer (2-8-17).pdf

   Comment
   **& JURY DEMAND**

02/09/2017 JURY DEMAND

02/20/2017 RETURN OF SERVICE ▾

ANTHONY

Comment
CIT EXEC 2/6/17 (ANTHONY JAMES PERMODA) CERT MAIL

02/22/2017 ORIGINAL ANSWER - GENERAL DENIAL ▼

Original Answer - General Denial

01/23/2018 Jury Trial - Civil ▼

101st Jury Trial Notice 1
101st Jury Trial Notice 1
101st Jury Trial Notice 1

Judicial Officer
WILLIAMS, STACI

Hearing Time
9:00 AM

## Financial

DUCA, JOHN

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $401.70 |
| Total Payments and Credits | | | | $401.70 |
| 1/18/2017 | Transaction Assessment | | | $401.70 |
| 1/18/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 3186-2017-DCLK | DUCA, JOHN | ($401.70) |

C R ENGLAND, INC.

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $40.00 |
| Total Payments and Credits | | | | $40.00 |
| 2/9/2017 | Transaction Assessment | | | $40.00 |
| 2/9/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 8297-2017-DCLK | C R ENGLAND, INC. | ($40.00) |

## Documents

ORIGINAL PETITION.pdf

810CivilCaseInfoSheet.pdf

ISSUE CITATION

ISSUE CITATION COMM OF INS OR SOS

C.R. England, Inc.'s Original Answer (2-8-17).pdf

101st Jury Trial Notice 1

101st Jury Trial Notice 1

101st Jury Trial Notice 1

ANTHONY

Original Answer - General Denial

FILED
DALLAS COUNTY
2/22/2017 10:30:07 AM
FELICIA PITRE
DISTRICT CLERK

CRE.8243

## CAUSE NO. DC-17-00575

| | | |
|---|---|---|
| JOHN DUCA | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 101st JUDICIAL DISTRICT |
| | § | |
| C R ENGLAND, INC. and ANTHONY | § | |
| PERMODA | § | DALLAS COUNTY, TEXAS |

## DEFENDANT ANTHONY PERMODA'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **ANTHONY PERMODA**, Defendant named in the above entitled and numbered cause, and files this his Original Answer, and for same would respectfully show unto the Court as follows:

## I.

## GENERAL DENIAL

Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

## II.

## SECTION 18.091

Defendant invokes Section 18.091 of the Texas Civil Practice and Remedies Code. To the extent Plaintiff seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value or loss of inheritance, the evidence to prove such loss must be presented in the form of net loss after reduction of income tax payments or unpaid tax liability. Defendant further requests the court to instruct the jury as to whether any recovery for compensatory damages sought by Plaintiff is subject to federal or state income taxes.

**DEFENDANT ANTHONY PERMODA'S ORIGINAL ANSWER**                                      **PAGE 1**

### III.

### SECTION 41. 0105

Defendant invokes Section 41.0105 of the Texas Civil Practice and Remedies Code. To the extent Plaintiff seeks recovery of medical or healthcare expenses incurred, the evidence to prove such loss must be limited to the amount actually paid or incurred by or on behalf of Plaintiff. Defendant further requests the court to instruct the jury as to whether any recovery for medical or healthcare expenses sought by Plaintiff is limited to the amount actually paid or incurred by or on behalf of Plaintiff.

### IV.

### AFFIRMATIVE DEFENSES

### Prior and/or Subsequent Injuries

Further answering, if same be necessary, and without waiving any of the matters hereinabove asserted, Defendant would show that Plaintiff's claims of physical and/or mental ailments in this cause were, in whole or in part, proximately caused solely and/or proximately by prior and/or subsequent accidents, events, or occurrences.

### V.

### JURY DEMAND

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant demands a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendant **ANTHONY PERMODA** prays that the Plaintiff take nothing by this suit, that Defendant go hence with his costs without

delay, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show himself justly entitled.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P**

*/s/ Michael P. Sharp*

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**JASON A. BURRIS**
State Bar No. 24049591
jburris@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX  75240
(972) 934-9100
(972) 934-9200 (Fax)

**ATTORNEYS FOR DEFENDANTS
C.R. ENGLAND, INC. AND
ANTHONY PERMODA**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 22nd day of February, 2017 as follows:

*Via www.efile.txcourts.gov*
G. David Smith
Ryan K. Lee
Smith & Lee, Lawyers
70 N. Goliad
Rockwall, TX  75087

*/s/ Michael P. Sharp*
_____

**MICHAEL P. SHARP**

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

FILED

17 FEB 20  AM 8: 24

FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

Cause No. DC-17-00575

Court No: 101st District Court

Style: JOHN DUCA
vs.
C R ENGLAND, INC., et al

Received this Citation the _____ day of_____, 20____ at _____ o'clock. Executed at _____, within the County of _____, State of_____, on the _____ day of _____,20____, at _____ o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**   -  125 E. 11th St

Received this Citation the  31 St day of January , 20 17 at  2:15 o'clock  P.M. Executed at Austin Tx 78701 within the County of _____, State of Texas , on the  6th day of February , 20 17 , at  7:06 o'clock  A .M. by summoning the within named Corporation,_____ by delivering to Anthony James Pernada by serving the Chairman of the Texas

Transportation Commission by US Certified MAIL Receipt Received and signed by Randall Tod

_____President - Vice President - Registered Agent - in person, of the said

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | | |
|---|---|---|---|
| For Serving Citation | $ 76.00 | Sheriff | |
| For Mileage | $ | County of | |
| For Notary | $ | State of | |
| Total Fees | $ | By Kerry Kallie | |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
_____Signed and sworn to me by the said_____before me this_____
day of _____, 20_____, to certify which witness my hand and seal of office.

**FELICIA PITRE**
**DISTRICT CLERK**
**600 COMMERCE STREET**
**DALLAS, TEXAS 75202-4606**

Seal

State & County of

FORM NO. 353-4—CITATION

~~THE STATE OF TEXAS~~

To:    ANTHONY JAMES PERMODA
       BY SERVING THE CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION
       125 E 11TH STREET
       AUSTIN TX  78701-2483

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with    the
clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you
were served this citation and  petition, a default judgment may be taken against you.
  Your answer should be addressed to the clerk of the **101st District Court**
at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **JOHN DUCA**

Filed in said Court 13th day of January, 2017 against

**C R ENGLAND, INC.  AND ANTHONY PERMODA**

  For suit, said suit being numbered   **DC-17-00575**  the nature of which demand is as follows:
  Suit On **MOTOR VEHICLE ACCIDENT** etc.
as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation
is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
  Given under my hand and the Seal of said Court at office **on this the 31st day of January, 2017**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas

                By_____, Deputy
                        **KERRY KALLIE**

CERT MAIL (COH)

CITATION

No.: DC-17-00575

**JOHN DUCA**
VS.
**C R ENGLAND, INC., ET AL**

ISSUED
**ON THIS THE 31ST DAY OF JANUARY,
2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KERRY KALLIE**, Deputy

Attorney for : Plaintiff
**RYAN K. LEE**
**702 N GOLIAD**
**ROCKWALL TX  75087**
972 771-2579

~~DALLAS COUNTY~~ CONSTABLE
FEES          FEES NOT
PAID          PAID


**UNITED STATES**
**POSTAL SERVICE**

Date: February 13, 2017

MAIL MAIL:

The following is in response to your February 13, 2017 request for delivery information on your Certified Mail™/RRE item number 92148901066154000102046384.  The delivery record shows that this item was delivered on February 6, 2017 at 7:06 am in AUSTIN, TX  78714. The scanned image of the recipient information is provided below.

Signature of Recipient :    *Randall Tod*
                             Randall Tod

Address of Recipient :    149349

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92148901066154000102046384
DC1700575 DPRO KK
ANTHONY JAMES PERMODA
BY SERVING THE CHAIRMAN OF THE TEXAS TRANSPORTATION
COMMISSION
125 E 11th St
Austin, TX  78701-2409

FELICIA PITRE
DISTRICT CLERK
GEORGE L ALLEN SR COURT BLDG
600 COMMERCE ST STE 103
DALLAS, TX 75202-4689



9214 8901 0661 5400 0102 0463 84

**RETURN RECEIPT (ELECTRONIC)**

**DC1700575 DPRO KK**

ANTHONY JAMES PERMODA
BY SERVING THE CHAIRMAN OF THE TEXAS
TRANSPORTATION COMMISSION
125 E 11TH ST
**AUSTIN, TX 78701-2409**

---

CUT / FOLD HERE

---

6"X9" ENVELOPE
CUT / FOLD HERE

---

CUT / FOLD HERE

IMpbCertified8x5Label v2016.09.29.91



101ST DISTRICT COURT
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS  75202-4604

February 14, 2017

ANTHONY PERMODA
3966 YORKLAND DR
NW 7
COMSTOCK PARK MI  49321

Re:   DC-17-00575
       JOHN DUCA  vs.  C R ENGLAND, INC., et al

ALL COUNSEL OF RECORD/PRO SE LITIGANTS:
PLEASE TAKE NOTE OF THE FOLLOWING SETTINGS:

Jury Trial - Civil:      01/23/2018 @ 9:00 AM

Trial announcements **MUST BE MADE** in accordance with Rule 3.02, Local Rules of the Civil Court of Dallas County, Texas.

When **NO** announcement is made for defendant, defendant will be presumed ready.  If **ANY** plaintiff fails to announce or to appear at trial, the case will be dismissed for want of prosecution in accordance with Rule 165a, Texas Rules of Civil Procedure.

Completion of discovery, presentation of pretrial motions, and other matters relating to the preparation for trial, are controlled by the Scheduling Order in this case or by the Texas Rules of Civil Procedure, in the event no Scheduling Order has been signed by the Court.

The Mediator may be selected by agreement of all parties. The parties must advise both the Court and the Mediator in writing of any agreed Mediator.

Please forward a copy of this notice to counsel of record for each party and all pro se parties by a method approved in Texas Rules of Civil Procedure 21a.

SINCERELY,

STACI WILLIAMS
JUDGE, 101ST DISTRICT COURT
DALLAS COUNTY, TEXAS

pc:  ANTHONY PERMODA; RYAN K. LEE; MICHAEL PAUL SHARP



101ST DISTRICT COURT
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202-4604

February 14, 2017

MICHAEL PAUL SHARP
THREE GRALLERIA TOWER
13155 NOEL RD SUITE 1000
DALLAS          TX 75240

Re:   DC-17-00575
      JOHN DUCA  vs.  C R ENGLAND, INC., et al

ALL COUNSEL OF RECORD/PRO SE LITIGANTS:
PLEASE TAKE NOTE OF THE FOLLOWING SETTINGS:

             Jury Trial - Civil:      01/23/2018 @ 9:00 AM

Trial announcements **MUST BE MADE** in accordance with Rule 3.02, Local Rules of the Civil Court of Dallas County, Texas.

When **NO** announcement is made for defendant, defendant will be presumed ready.  If **ANY** plaintiff fails to announce or to appear at trial, the case will be dismissed for want of prosecution in accordance with Rule 165a, Texas Rules of Civil Procedure.

Completion of discovery, presentation of pretrial motions, and other matters relating to the preparation for trial, are controlled by the Scheduling Order in this case or by the Texas Rules of Civil Procedure, in the event no Scheduling Order has been signed by the Court.

The Mediator may be selected by agreement of all parties. The parties must advise both the Court and the Mediator in writing of any agreed Mediator.

Please forward a copy of this notice to counsel of record for each party and all pro se parties by a method approved in Texas Rules of Civil Procedure 21a.

SINCERELY,

STACI WILLIAMS
JUDGE, 101ST DISTRICT COURT
DALLAS COUNTY, TEXAS

pc:  ANTHONY PERMODA; RYAN K. LEE; MICHAEL PAUL SHARP



### 101ST DISTRICT COURT
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202-4604

February 14, 2017

RYAN K. LEE
702 N GOLIAD
ROCKWALL TX 75087

Re:   DC-17-00575
      JOHN DUCA vs. C R ENGLAND, INC., et al

ALL COUNSEL OF RECORD/PRO SE LITIGANTS:
PLEASE TAKE NOTE OF THE FOLLOWING SETTINGS:

Jury Trial - Civil:   01/23/2018 @ 9:00 AM

Trial announcements **MUST BE MADE** in accordance with Rule 3.02, Local Rules of the Civil Court of Dallas County, Texas.

When **NO** announcement is made for defendant, defendant will be presumed ready. If **ANY** plaintiff fails to announce or to appear at trial, the case will be dismissed for want of prosecution in accordance with Rule 165a, Texas Rules of Civil Procedure.

Completion of discovery, presentation of pretrial motions, and other matters relating to the preparation for trial, are controlled by the Scheduling Order in this case or by the Texas Rules of Civil Procedure, in the event no Scheduling Order has been signed by the Court.

The Mediator may be selected by agreement of all parties. The parties must advise both the Court and the Mediator in writing of any agreed Mediator.

Please forward a copy of this notice to counsel of record for each party and all pro se parties by a method approved in Texas Rules of Civil Procedure 21a.

SINCERELY,

STACI WILLIAMS
JUDGE, 101ST DISTRICT COURT
DALLAS COUNTY, TEXAS

pc:  ANTHONY PERMODA; RYAN K. LEE; MICHAEL PAUL SHARP

FILED
DALLAS COUNTY
2/9/2017 1:41:48 PM
FELICIA PITRE
DISTRICT CLERK

CRE.8243

## CAUSE NO. DC-17-00575

| | | |
|---|---|---|
| **JOHN DUCA** | § | **IN THE DISTRICT COURT** |
| | § | |
| **v.** | § | **101st JUDICIAL DISTRICT** |
| | § | |
| **C R ENGLAND, INC. and ANTHONY** | § | |
| **PERMODA** | § | **DALLAS COUNTY, TEXAS** |

## DEFENDANT C.R. ENGLAND, INC.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **C.R. ENGLAND, INC.**, Defendant named in the above entitled and numbered cause, and files this its Original Answer, and for same would respectfully show unto the Court as follows:

### I.

### GENERAL DENIAL

Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

### II.

### SECTION 18.091

Defendant invokes Section 18.091 of the Texas Civil Practice and Remedies Code. To the extent Plaintiff seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value or loss of inheritance, the evidence to prove such loss must be presented in the form of net loss after reduction of income tax payments or unpaid tax liability. Defendant further requests the court to instruct the jury as to whether any recovery for compensatory damages sought by Plaintiff is subject to federal or state income taxes.

## III.

## **SECTION 41. 0105**

Defendant invokes Section 41.0105 of the Texas Civil Practice and Remedies Code. To the extent Plaintiff seeks recovery of medical or healthcare expenses incurred, the evidence to prove such loss must be limited to the amount actually paid or incurred by or on behalf of Plaintiff. Defendant further requests the court to instruct the jury as to whether any recovery for medical or healthcare expenses sought by Plaintiff is limited to the amount actually paid or incurred by or on behalf of Plaintiff.

## IV.

## **AFFIRMATIVE DEFENSES**

## **Prior and/or Subsequent Injuries**

Further answering, if same be necessary, and without waiving any of the matters hereinabove asserted, Defendant would show that Plaintiff's claims of physical and/or mental ailments in this cause were, in whole or in part, proximately caused solely and/or proximately by prior and/or subsequent accidents, events, or occurrences.

## V.

## **JURY DEMAND**

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant demands a trial by jury.

**WHEREFORE, PREMISES CONSIDERED**, Defendant **C.R. ENGLAND, INC.** prays that the Plaintiff take nothing by this suit, that Defendant go hence with its costs without

delay, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P**

_____

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**JASON A. BURRIS**
State Bar No. 24049591
jburris@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
(972) 934-9100
(972) 934-9200 [FAX]

**ATTORNEYS FOR DEFENDANT
C.R. ENGLAND, INC.**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the _9th_ day of _February_, 2017 as follows:

*Via www.efile.txcourts.gov*
G. David Smith
Ryan K. Lee
Smith & Lee, Lawyers
70 N. Goliad
Rockwall, TX  75087


_____
**MICHAEL P. SHARP**

**FORM NO. 353-4—CITATION**
~~THE STATE OF TEXAS~~

**To:**   ANTHONY JAMES PERMODA
         BY SERVING THE CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION
         125 E 11TH STREET
         AUSTIN TX  78701-2483

**CITATION**

No.: **DC-17-00575**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the
clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you
were served this citation and petition, a default judgment may be taken against you.
 Your answer should be addressed to the clerk of the **101st District Court**
at 600 Commerce Street, Dallas, Texas 75202.

**JOHN DUCA**
VS.
C R ENGLAND, INC., ET AL

Said **PLAINTIFF** being **JOHN DUCA**

Filed in said Court 13th day of January, 2017 against

ISSUED
**ON THIS THE 31ST DAY OF JANUARY,
2017**

**C R ENGLAND, INC. AND ANTHONY PERMODA**

 For suit, said suit being numbered   **DC-17-00575**   the nature of which demand is as follows:
 Suit On  **MOTOR VEHICLE ACCIDENT** etc.
as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation
is not served, it shall be returned unexecuted.

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **KERRY KALLIE**, Deputy

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
 Given under my hand and the Seal of said Court at office **on this the 31st day of January, 2017**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
        **KERRY KALLIE**

Attorney for : Plaintiff
**RYAN K. LEE
702 N GOLIAD
ROCKWALL TX  75087**
972 771-2579

~~DALLAS COUNTY~~ CONSTABLE
**FEES
PAID**                FEES NOT
                        PAID

**OFFICER'S RETURN
FOR INDIVIDUALS**

Cause No. DC-17-00575

Court No: 101st District Court

Style: JOHN DUCA
vs.
C R ENGLAND, INC., et al

Received this Citation the _____ day of _____ , 20 ____ at _____ o'clock. Executed at _____ , within the County of _____ , State of _____ , on the _____ day of _____ , 20 ____ , at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN
FOR CORPORATIONS**

Received this Citation the _____ day of _____ , 20 ____ at _____ o'clock ____ .M. Executed at _____ , within the County of _____ , State of _____ , on the _____ day of _____ , 20 _____ , at _____ o'clock ____ .M. by summoning the within named Corporation, _____ by delivering to _____ _____ President - Vice President - Registered Agent - in person, of the said _____

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.
----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | | |
|---|---|---|---|
| For Serving Citation | $_____ | Sheriff | _____ |
| For Mileage | $_____ | County of | _____ |
| For Notary | $_____ | State of | _____ |
| Total Fees | $_____ | By | _____ |

(Must be verified if served outside the State of Texas)
State of _____
County of _____
    Signed and sworn to me by the said _____ before me this _____
day of _____ , 20 _____ , to certify which witness my hand and seal of office.

Seal                                            State & County of _____

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:  C R ENGLAND, INC.
     BY SERVING ITS REGISTERED AGENT, C. T. CORPORATION SYSTEM
     **1999 BRYAN STREET SUITE 900**
     **DALLAS, TEXAS 75201-3136**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty   days after you were served this citation and  petition, a default judgment may be
taken against you.  Your answer should be addressed to the clerk of the **101st District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **JOHN DUCA**

Filed in said Court **13th day of January, 2017** against

**C R ENGLAND, INC. AND ANTHONY PERMODA**

For Suit, said suit being numbered **DC-17-00575-E,** the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies
this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 30th day of January, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas

                                                            , Deputy

| ATTY |
| :---: |
| CITATION |
| DC-17-00575-E |
| JOHN DUCA<br>vs.<br>C R ENGLAND, INC., et al |
| ISSUED THIS<br>**30th day of January, 2017** |
| FELICIA PITRE<br>Clerk District Courts,<br>Dallas County, Texas |
| By:  SPRINGE MCKINLEY, Deputy |

**Attorney for Plaintiff**
RYAN K.. LEE
702 N. GOLIAD
ROCKWALL, TEXAS  75087
972-771-2579



# OFFICER'S RETURN

Case No. : DC-17-00575

Court No.101st District Court

Style: JOHN DUCA

vs.

C R ENGLAND, INC., et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|                       |            |                                            |
|-----------------------|------------|--------------------------------------------|
| For serving Citation  | $_____  | _____        |
| For mileage           | $_____  | of_____County, _____   |
| For Notary            | $_____  | By_____Deputy     |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

FILED
DALLAS COUNTY
1/18/2017 10:31:57 AM
FELICIA PITRE
DISTRICT CLERK

Case 3:17-cv-00516-G   Document 1-1   Filed 02/22/17   Page 28 of 35   PageID 32

**CIVIL CASE INFORMATION SHEET**

CAUSE NUMBER *(FOR CLERK USE ONLY)*: DC-17-00575    COURT *(FOR CLERK USE ONLY)*: 101ST

STYLED    JOHN DUCA v. C R ENGLAND, INC. and ANTHONY PERMODA
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name:<br><br>Ryan K. Lee<br><br>Address:<br><br>702 N. Goliad<br><br>City/State/Zip:<br><br>Rockwall, Texas 75087<br><br>Signature:<br><br>*RKL*<br><br>Email:<br><br>ryan@smithandlee.com<br><br>Telephone:<br><br>972.771.2579<br><br>Fax:<br><br>972.771.0513<br><br>State Bar No:<br><br>24070129 | Plaintiff(s)/Petitioner(s):<br><br>John Duca<br><br><br><br>Defendant(s)/Respondent(s):<br><br>C R England, Inc.    and<br><br>Anthony Permoda<br><br>[Attach additional page as necessary to list all parties] | ☒Attorney for Plaintiff/Petitioner<br>☐Pro Se Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____<br><br>Additional Parties in Child Support Case:<br><br>Custodial Parent:<br><br>Non-Custodial Parent:<br><br>Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional<br>  Liability:<br>☒Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>  List Product:<br><br>☐Other Injury or Damage: | ☐Eminent Domain/<br>  Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br><br>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus–<br>  Pre-indictment<br>☐Other: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children<br><br><br>**Other Family Law**<br>☐Enforce Foreign<br>  Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>  of Minority<br>☐Other: | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with<br>  Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>  Rights<br>☐Other Parent-Child: |

| **Employment** | **Other Civil** | |
|---|---|---|
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>  Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☒Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☐Over $1,000,000

Rev 2/13

# Instructions for Completing the Texas Civil Case Information Sheet

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. If the original petition, application or post-judgment petition or motion is e-filed, the case information sheet must not be the lead document.

This sheet, required by Rule 78a of the Texas Rules of Civil Procedure, is intended to collect information that will be used for statistical and administrative purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

The attorney or self-represented (*pro se*) plaintiff/petitioner filing the case or post-judgment petition or motion should complete the sheet as follows:

## 1. Contact information

    a) **Contact information for person completing case information sheet.** Enter the following information:
- name;
- address;
- city, state, and zip code;
- email address;
- telephone number;
- fax number, if available;
- State Bar number, if the person is an attorney; and
- signature. (*NOTE: When a case information sheet is submitted electronically, the signature may be a scanned image or "/s/" and the name of the person completing the case information sheet typed in the space where the signature would otherwise appear.*)

    b) **Names of parties in the case.** Enter the name(s) of the:
    (*NOTE: If the name of a party to a case is confidential, enter the party's initials rather than the party's name.*)
- plaintiff(s) or petitioner(s);
- defendant(s) or respondent(s); and
- in child support cases, additional parties in the case, including the:
  - custodial parent;
  - non-custodial parent; and
  - presumed father.

        Attach an additional page as necessary to list all parties.

    c) **Person or entity completing sheet is.** Indicate whether the person completing the sheet, or the entity for which the sheet is being completed, is:
- an attorney for the plaintiff or petitioner;
- a *pro se* (self-represented) plaintiff or petitioner;
- the Title IV-D agency; or
- other (provide name of person or entity).

## 2. Case type.
    Select the case category that best reflects the most important issue in the case. *You must select only one.*

## 3. Procedure or remedy.
    If applicable, select any of the available procedures or remedies being sought in the case. You may select more than one.

## 4. Damages sought.
    Select the damages being sought in the case:
    (*NOTE: If the claim is governed by the Family Code, do not indicate the damages sought.*)
- only monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney fees;
- monetary relief over $100,000 or less and non-monetary relief;
- monetary relief over $100,000 but nor more than $200,000;
- monetary relief over $200,000 but less than $1,000,000; or
- monetary relief over $1,000,000.

FILED
DALLAS COUNTY
1/13/2017 12:42:12 PM
FELICIA PITRE
DISTRICT CLERK
David Hernandez

i: CIT/COI-CERT_MAIL

CAUSE NO. DC-17-00575 _____

| | | |
|---|---|---|
| JOHN DUCA | § | IN THE  DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | ____ JUDICIAL DISTRICT |
| | § | |
| C R ENGLAND, INC. and ANTHONY | § | |
| PERMODA | § | |
| | § | |
| Defendants | § | OF DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

### I.

#### DISCOVERY LEVEL

1.      Discovery in this case is intended to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure or as prescribed by the court. This case involves a controversy in which monetary damages in excess of $100,000.00 and less than $1,000,000.00 are sought. Pursuant to Tex. R. Civ. P. 47, Plaintiff pleads alternatively for damages in the amounts specified in Rule 47 (c) (3) and (4).

### II.

#### PARTIES

2.      Plaintiff, John Duca, is an individual who resides in Rockwall, Rockwall County, Texas.

3.      Defendant C R England, Inc. is a corporation engaged in the trucking and transportation business whose principle place of business is in Salt Lake City, Utah, but who is registered with the Texas Secretary of State and does business in Dallas, Dallas County Texas, and

---

may be served with process by serving its registered agent in Texas: CT CORPORATION SYSTEM, 1999 Bryan St., Suite 900, Dallas, Texas 75201-3136.

4.     Defendant Anthony James Permoda is a non-resident of the State of Texas. This case arises from the operation of a motor vehicle by Defendant Permoda while acting as an employee of Defendant C R England, Inc. Service upon Defendant Permoda should be made in compliance with *Tex. Civ. Prac. & Rem. Code §17.061 et seq*. The clerk is hereby requested to issue citation and process of this case to the chairman of the Texas Transportation Commission as agent for Defendant Permoda in accordance with *Tex. Civ. Prac. & Rem. Code §17.061 et seq*. In turn, the chairman shall deliver a copy of the process along with notice that process has been served upon him to Defendant Permoda pursuant to said statute. Said notice by the chairman is to be sent via registered or certified mail, return receipt requested. The clerk is directed to issue citation and process pursuant to *Tex. R. Civ. P. 103 and 106* to the chairman at the following address:

> Ted Houghton, Chairman
> Texas Transportation Commission
> 125 E. 11th Street
> Austin, Texas 78701-2483

The chairman, in turn, is to deliver process to Defendant Permoda at the following address:

> Anthony James Permoda
> 3966 Yorkland Dr. NW 7
> Comstock Park, MI 49321

### III.

### JURISDICTION AND VENUE

5.     This court has jurisdiction over this cause because the amount in controversy exceeds the minimal jurisdictional limits of this Court. Venue is proper in Dallas County because all or a substantial part of the events giving rise to this cause of action occurred in Dallas County.

## IV.

### FACTUAL BACKGROUND

6.      On January 21st, 2015 Plaintiff John Duca was traveling East on Interstate 30 in Dallas Texas in the far left lane. Anthony James Permoda entered I-30 from Mr. Duca's left from the High Occupancy Vehicle (HOV) lane. Mr. Permoda, distracted by his GPS device, did not see the Mr. Duca traveling in the far left lane, merged into the far left lane of I-30 from the HOV lane and struck the left side of Mr. Duca's vehicle. This collision caused Mr. Duca's vehicle to spin around toward the retaining wall, damaged Mr. Duca's vehicle, and caused injury to Mr. Duca.

7.      At all times relevant hereto, Mr. Permoda was acting in the course and scope of his employment and/or agency relationship with C R England, Inc.

## V.

### CLAIMS

### NEGLIGENCE

8.      Plaintiff incorporates the preceding paragraphs as if set forth here at length.

9.      The occurrence made the basis of this suit, referred to above, and the resulting injuries and damages, were proximately caused by the negligent conduct of Defendant Permoda, including by not limited to the following:

a.   Defendant Permoda failed to keep a proper lookout;

b.   Defendant Permoda failed to drive in a non-reckless manner pursuant to TEX. TRANS. CODE. ANN. §545.401;

c.   Defendant Permoda operated his vehicle in a High Occupancy Vehicle Lane with fewer than the required number or occupants in violation of TEX. TRANS. CODE. ANN. 453.0613;

**d.** Defendant Permoda failed to change or merge lanes in a safe manner;

**e.** Defendant Permoda failed to yield the right of way to oncoming traffic;

**f.** Defendant Permoda operated his vehicle while using and distracted by a handheld or electronic device;

**g.** Defendant Permoda failed to timely apply the brakes on his vehicle immediately prior to the collision in question.

10.     The above acts or omissions, singularly or in combination with others, individually and collectively constituted negligence which proximately caused the collision and proximately caused the injuries and damages to Plaintiff as ser forth more particularly hereinafter.

<h3 style="text-align:center">NEGLIGENCE PER SE</h3>

11.     Defendant Permoda was negligent per se in violating one or more of the following particulars:

**a.** Defendant Permoda failed to drive in a non-reckless manner pursuant to TEX. TRANS. CODE. ANN. §545.401;

b. Defendant Permoda operated his vehicle in a High Occupancy Vehicle Lane with fewer than the required number or occupants in violation of TEX. TRANS. CODE. ANN. 453.0613;

12.     The above enumerated acts and omissions, singularly or in combination with others, individually and collectively constituted negligence per se which proximately caused the collision and proximately caused the injuries and damages to Plaintiff as set forth more fully below.

### NEGLIGENCE OF C R ENGLAND, INC.

13.     Defendant C R England, Inc. had a duty to protect the Plaintiff and other drivers from harm caused by its vehicles. Specifically, C R England, Inc. had a duty to train and instruct the drivers of its vehicles on how to operate the vehicles in a safe and prudent manner. Defendant C R England, Inc. failed to train Defendant Permoda on safe operation and use of the vehicle. Such failures were a proximate cause of the collision described above and the damages that resulted therefrom.

### VI.

### AGENCY/RESPONDEAT SUPERIOR

14.     Defendant C R England, Inc. is vicariously liable for the torts of an employee committed in the course of his employment.  As Defendant Permoda was operating his vehicle in the course and scope of his employment with Defendant C R England, Inc., it is liable for Defendant Permoda's negligent conduct.

### VII.

### DAMAGES

15.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff sustained damages. These included injuries that are, in reasonable probability, permanent in nature. These damages are as follows:

a. Plaintiff John Duca incurred reasonable and necessary medical expenses in the past and can reasonably be expected to incur future medical costs for the necessary treatment of his injuries he sustained in the collision;

b. Plaintiff John Duca experienced physical pain and mental anguish in the past as a result of his physical injuries and, in all reasonable probability, will sustain physical pain and mental anguish in the future as a result of his physical injuries; and

c. Plaintiff John Duca experienced a loss of wages due to the incapacity caused by his injuries.

## VIII.

## REQUESTS FOR DISCLOSURE

16.     Pursuant to Tex. R. Civ. P. 194, each Defendants named herein are requested to disclose to Plaintiff, no later than fifty (50) days of service of this request, the information or material described in Rule 194.2.

### PRAYER

17.     WHEREFORE, PREMISES CONSIDERED, the Plaintiff requests that, after service of the Citation and Petition in this cause, the Defendants appear and answer herein, and upon final trial, the Plaintiff recover his actual damages, special damages, costs of court, and pre-judgment and post-judgment interest together with such other and further relief to which it may be justly entitled.

Respectfully Submitted,
SMITH & LEE, LAWYERS

By: _____
G. David Smith, Bar No. 18596300
david@smithandlee.com
Ryan K. Lee, Bar No. 24070129
ryan@smitandlee.com
702 N. Goliad
Rockwall, Texas 75087
Phone: (972) 771-2579
Fax:   (972) 771-0513
**Attorneys for Plaintiff**